1  RICHARD R. GRAY, Bar No. 071030
   ADRIANNE B. SAMMS, Bar No. 238786
2  LITTLER MENDELSON
   A Professional Corporation
3  2520 Venture Oaks Way, Suite 390
   Sacramento, CA  95833.4227
4  Telephone:    916.830.7200
   Fax No.:       916.561.0828
5

   Attorneys for Defendant,
6  PETSMART, INC.

7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10 | OMAR TARIQ JOHNSON,            | Case No.  2:09-CV-00070-MCE-DAD
11 |            Plaintiff,          | **STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER**
12 |       v.                       |
   |                                | [F.R.C.P. 41(a)(1)]
13 | PETSMART, INC., a Delaware     |
   | corporation, and DOES 1-10, inclusive, |
14 |                                |
   |            Defendant.          |
15

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedures, Plaintiff Omar Tariq Johnson and Defendant PetSmart, Inc. hereby stipulate and request that this entire action, including all parties and all causes of action, be dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

Dated: July 8, 2009

/s/ *Richard R. Gray*
RICHARD R. GRAY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
PETSMART, INC.

Dated: July 7, 2009

/s/ *James C. Ashworth* (Authorized 07/07/09)
JAMES C. ASHWORTH
LAW OFFICE OF MARY-ALICE COLEMAN
Attorneys for Plaintiff
OMAR TARIQ JOHNSON

**ORDER**

IT IS SO ORDERED. The case having been resolved, the Clerk of Court is hereby directed to close this file.

DATED: July 14, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE